UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENNETH GUILLEBEAU,

    Plaintiff,

    v.

Judge BAMATTRE-MANOUKIAN,
Judge J. MIHARA, Judge J. McADAMS,
and Chief Judge GEORGE,

    Defendant(s).
_____/

No. C 07-3287 PJH (PR)

**JUDGMENT**

A judgment of dismissal with prejudice is entered in favor of defendants and against plaintiff. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 11, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge